UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ILYA VETT,

                              Plaintiff,

            -against-                          **NOTICE OF MOTION**

THE CITY OF NEW YORK, POLICE OFFICER JAMES    20-CV-2945 (CM)
TAYLOR, POLICE OFFICER NELSON TEJADA,
POLICE OFFICER NICHOLAS MAUCELI, POLICE
SERGEANT JAMES KELLY AND POLICE
DETECTIVE THOMAS SCHICK,

                              Defendants.

------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the Declaration of Katherine J. Weall dated April 16, 2021; the accompanying Memorandum of Law dated April 16, 2021; and upon all prior pleadings and proceedings had herein, Defendants City of New York, Police Officer James Taylor, Detective Nelson Tejada, Sergeant Nicholas Mauceli, Sergeant James Kelly and Detective Thomas Schick will move this Court before the Honorable Colleen McMahon, Chief United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated:       New York, New York
               April 16, 2021

                                                       **JAMES E. JOHNSON**
                                                       Corporation Counsel of the City of New York
                                                       *Attorney for Defendants City of New York, Taylor,*

*Tejada, Mauceli Kelly and Schick,*
100 Church Street
New York, New York 10007
(212) 356-5051
kweall@law.nyc.gov


By:    /s/ *Katherine J. Weall*
_____
       Katherine J. Weall
       *Senior Counsel*


To:    Henry Bell, Esq. (Via email and ECF)
       *Attorney for Plaintiff*

       Andrew Stengle, Esq. (Via email and ECF)
       *Attorney for Plaintiff*