

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

KATHERINE J. WEALL
phone: 212-356-5055
mobile:646-370-0051
email:  kweall@law.nyc.gov

January 6, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  <u>Ilya Vett v. City of New York et al</u>.
          20-cv-2945 (CM)

Your Honor:

      I am the Senior Counsel assigned to represent defendants in the above-captioned action. Defendants write pursuant to the Court's Decision and Order of January 5, 2022, Docket Number 30 at pp. 6-7, granting any party leave of court to supplement the record with the date plaintiff was released from custody following his arrest and arraignment.

      Attached is plaintiff's On-Line Prisoner Arraignment ("OLPA") form, which shows that plaintiff was released on his own recognizance on September 22, 2018 at 8:40 p.m. The Court can find this information in the column on the left-hand side of the OLPA entitled "Arraignment Status" (second item from the bottom), or, alternatively, in the highlighted chart in the center of the page (item in the bottom-right cell).

      This date is more than 90 days prior to May 31, 2019, the date on which plaintiff filed his Notice of Claim, and therefore, the Court should enter a supplemental order dismissing plaintiff's state law claim for false arrest, as asserted against all defendants.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*

_____
Katherine J. Weall
Senior Counsel

c.c.    Henry Bell, Esq. and Andrew Stengel, Esq. (VIA ECF)
        *Counsel for Plaintiff*