UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ILYA VETT,

                          Plaintiff,                    20-CV-2945 (CM)(SN)

       -against-

                                              **DISCOVERY CONFERENCE ORDER**

CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A discovery conference to discuss the issues raised by Plantiff's January 17, 2023 Letter Motion is scheduled for Monday, January 30, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

       The parties are each directed to submit a letter brief, no longer than three pages, on the demands, interrogatories, and noticed depositions at issue in this pending discovery dispute. The parties must file these letters no later than Thursday, January 26, 2023.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     January 24, 2023
               New York, New York