UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ILYA VETT,

                              Plaintiff,                       20-CV-2945 (CM)(SN)

      -against-                                           **ORDER**

CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The discovery conference currently scheduled for Monday, January 30, 2023, is RESCHEDULED for Thursday, February 9, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        The deadline for each parties' letter brief is Monday, February 6, 2023.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:       January 25, 2023
                   New York, New York