UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ILYA VETT,

                                      Plaintiff,

      -against-

CITY OF NEW YORK, JAMES TAYLOR, JAMES KELLY, THOMAS SCHICK, NELSON TEJADA, and NICHOLAS MAUCELI,

                                      Defendants

**STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

20 Civ. 2495 (CM) (SN)

------------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff Ilya Vett and Defendants City of New York, James Taylor, James Kelly, Thomas Schick, Nicholas Mauceli, and Nelson Tejada, that:

1. Any and all of the claims arising out of the facts and circumstances that are the subject of this action and that were asserted or could have been asserted on behalf of plaintiff Ilya Vett against NICHOLAS MAUCELI and NELSON TEJADA, their successors and assignees are dismissed and discontinued, <u>with</u> prejudice, and without costs or attorney's fees to either party; and

2. Nothing contained herein shall be deemed to be an admission by any defendant that they in any manner or way violated plaintiff's rights, or the rights of any person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.

Dated: New York, New York
        July 18, 2023

| **ANDREW STENGEL** | **SYLVIA HINDS-RADIX** |
|---|---|
| *Attorney for Plaintiff* | Corporation Counsel of the City of New York |
| 11 Broadway | *Attorney for Defendants City of New York,* |
| New York, New York 10004 | *James Taylor, James Kelly, Thomas Schick,* |
| | *Nelson Tejada, and Nicholas Mauceli* |
| | 100 Church Street |
| | New York, New York 10007 |

By: _____
    Andrew Stengel, Esq.

By: _____
    James Murray
    Assistant Corporation Counsel

**SO ORDERED:**

_____
Colleen McMahon
United States District Judge