**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ILYA VETT,

                Plaintiff,                      20 **CIVIL** 2945 (CM)

       -against-                              **JUDGMENT**

CITY OF NEW YORK, et al.

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 07, 2023, Defendants' motion to exclude Officer Peter Miscia's testimony is granted in part, denied in part; and Defendants' motion for summary judgment is GRANTED and the complaint is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
           November 07, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                            **BY:**
                                                         **Deputy Clerk**